390 A.2d 296

Commonwealth v. Orwig, Appellant.

Argued March 21, 1978. T. Klingensmith, Assistant Public Defender, with him Theodore S. Danforth, Public Defender, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissented.

SPAETH, J., did not participate in the consideration or decision of this case.